B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

In re  **1300 Campbell, L.P.**　　　　　　　　　　　　　Case No.

　　　　　　　　　　　　　　　　　　　　　　　　　Chapter　　11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $7,500,000.00 | | |
| B - Personal Property | Yes | 4 | $117,052.06 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $5,329,377.42 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $357,690.15 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 13 | $7,617,052.06 | $5,687,067.57 | |

B6A (Official Form 6A) (12/07)

In re **1300 Campbell, L.P.**  Case No. _____
(if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Lot 4, Block 1, Spring Creek Business Park, Richardson, Dallas County, Texas More particularly described on Schedule A-1 Real Property<br><br>Commonly known as:<br>1300 East Campbell Road<br>Richardson, Texas 75081 | Fee Simple | | $7,500,000.00 | $5,241,065.42 |
| | | Total: | $7,500,000.00 | |

(Report also on Summary of Schedules)

In re **1300 Campbell, L.P.**　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | X | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Funds on deposit in Goodrich Postnikoff & Albertson, LLP Trust Account for the benefit of 1300 Campbell, L.P.<br><br>Comerica Bank<br>Commercial Checking Account No. 1880616709<br>300 W. 6th Street, Suite 1300<br>Austin, Texas 78701 | $116,324.04<br><br><br>$728.02 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities. Itemize and name each issuer. | X | | |

SCHEDULE A-1
REAL PROPERTY

Tract I:

Being a 5.094 acre tract of land out of the Jessie Everett Survey, Abstract No. 440, Dallas County, Texas, and being all of Lot 4, Block 1, Spring Creek Business Park, as recorded in Volume 83086, Page 1490, Map Records, Dallas County, Texas, and being more particularly described as follows:

BEGINNING at a 3/4 inch iron rod found at the Southwest corner of said Lot 4 and the Southeast corner of Lot 3, Block 1, Spring Creek Business Park, as recorded in Volume 83045, Page 3414, Map Records, Dallas County, Texas, and also being located in the North right of way of Digital Drive a (60' Public R.O.W.);

THENCE North, along the common line of said Lot 4 and Lot 3, a distance of 663.34 feet to a P.K. Nail found for corner in the South right of way line of E. Campbell Road a (140' Public R.O.W.);

THENCE East, leaving said common line and following along said South right-of-way line of E. Campbell Road, a distance of 67.17 feet to a 1/2 inch iron rod with cap found for the beginning of a curve to the right, having a radius of 1,478.48 feet, a central angle of 09 degrees 49 minutes 15 seconds, a chord bearing South 85 degrees 05 minutes 22 seconds East, a chord distance of 253.11 feet;

THENCE along said curve and continuing along said South right-of-way line of E. Campbell Road, an arc distance of 253.42 feet to a 1/2 inch iron rod with cap found for corner;

THENCE South 00 degrees 58 minutes 10 seconds East, leaving said South right-of-way line of E. Campbell Road, a distance of 227.95 feet to a set 1/2 inch iron rod with cap found for corner;

THENCE North 89 degrees 01 minutes 50 seconds East, a distance of 20.00 feet to a 1/2 inch iron rod found for the Northwest corner of Lot 2, Block 1, of said Spring Creek Business Park;

THENCE South 00 degrees 58 minutes 10 seconds East, following along the common line of said Lot 4 and Lot 2, a distance of 414.69 feet to a 1/2 inch iron rod found for corner in the North right-of-way line of Digital Drive;

THENCE North 89 degrees 54 minutes 45 seconds West, along the North right-of-way line of Digital Drive, a distance of 350.22 feet to the POINT OF BEGINNING and CONTAINING 221,879 square feet or 5.094 acres of land.

NOTE: COMPANY DOES NOT REPRESENT THAT THE ABOVE ACREAGE AND/OR SQUARE FOOTAGE CALCULATIONS ARE CORRECT.

Tract II:

NON-EXCLUSIVE DRIVEWAY EASEMENT ESTATE created in Easement Agreement executed by and between ROC-TEXAS, INC., a Texas corporation and MIDWAY DEVELOPMENT CO., INC., a Texas corporation, dated April 18, 1983, filed August 11, 1983, recorded in Volume 83158,

Page 6478, Deed Records, Dallas County, Texas, in and to the West 1/2 of the following described property, which is a part of Lot 3, Block 1 of SPRING CREEK BUSINESS PARK, an Addition to the City of Richardson, Dallas County, Texas, according to the plat thereof recorded in Volume 81150, Page 371, Map Records, Dallas county, Texas and being more fully described as follows:

Being a tract of land situated in the Jessie Everett Survey, Abstract No. 440 in the City of Richardson, Dallas County, Texas, said tract also being part of the 34.927 acre tract as conveyed to Fred Smitham by deed recorded in Volume 68091, Page 1234, of the Deed Records of Dallas County, Texas, and being more particularly described as follows:

BEGINNING at a P.K. Nail found for corner in the South right-of-way line of E. Campbell Road a(140' Public R.O.W), said P.K. Nail being East 1376.80 feet from the intersection of the said South right-of-way line of E. Campbell Road with the East right-of-way line of Glenville Drive a(80' Public R.O.W);

THENCE North, along the common line of said Lot 4 and Lot 3, a distance of 663.34 feet to a P.K. Nail found for corner in the South right-of-way line of E. Campbell Road a (140' Public R.O.W.)

Thence East, along the said south right-of-way line of East Campbell Road, a distance of 15.00 feet;

THENCE South, a distance of 38.00 feet;

THENCE West, a distance of 30.00 feet;

Thence North, a distance of 38.00 feet;

THENCE East, 15.00 feet to the POINT OF BEGINNING and CONTAINING 570 square feet or 0.0262 acres of land, more or less.

B6B (Official Form 6B) (12/07) -- Cont.

In re **1300 Campbell, L.P.**  Case No. _____
(if known)

# SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivable. | X | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **1300 Campbell, L.P.**　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | |
| 26. Boats, motors, and accessories. | X | | |

In re **1300 Campbell, L.P.**  Case No. _____
(if known)

# SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____3_____ continuation sheets attached  **Total >**  $117,052.06
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re **1300 Campbell, L.P.**  Case No. _____
(If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- [ ] 11 U.S.C. § 522(b)(2)
- [ ] 11 U.S.C. § 522(b)(3)

- [ ] Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| | | $0.00 | $0.00 |