Joseph F. Postnikoff
State Bar No. 16168320
GOODRICH POSTNIKOFF &
ALBERTSON, LLP
777 Main Street, Suite 1360
Fort Worth, Texas 76102
Telephone: 817.347.5261
Telecopy: 817.335.9411

PROPOSED COUNSEL FOR DEBTOR IN POSSESSION

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| 1300 CAMPBELL, L.P., | § | Case No. 09-36300-SGJ-11 |
| | § | |
| Debtor. | § | Hearing Set September 29, 2009 @ 2:30 p.m. |

### NOTICE OF HEARING ON MOTION FOR (1) PRELIMINARY AND CONTINUING AUTHORITY TO USE CASH COLLATERAL, (2) AUTHORITY TO MAKE ADEQUATE PROTECTION PAYMENTS, (3) SUSPEND HOLDOVER RENT PROVISIONS UNDER COMMERCIAL LEASE AGREEMENT, AND (4) FOR RELATED RELIEF

PLEASE TAKE NOTICE THAT the Motion for (1) Preliminary and Continuing Authority to Use Cash Collateral, (2) Authority to Make Adequate Protection Payments, (3) Suspend Holdover Rent Provisions Under Commercial Lease Agreement, and (4) for Related Relief filed September 24, 2009, has been set for hearing on **September 29, 2009 at 2:30 p.m. CST in the Bankruptcy Court of the Honorable Stacey G. C. Jernigan [Room 1428 - Courtroom #1 - 14th Floor] United States Courthouse, 1100 Commerce Street, Dallas, Texas 75242.**

Dated this 26th day of September, 2009.

Respectfully submitted,

GOODRICH POSTNIKOFF &
ALBERTSON, LLP
777 Main Street, Suite 1360
Fort Worth, Texas 76102
Telephone – 817.347.5261
Telecopy – 817.335.9411

By: /s/ Joseph F. Postnikoff
    Joseph F. Postnikoff
    State Bar No. 16168320

PROPOSED COUNSEL FOR THE
DEBTOR IN POSSESSION