

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

_____
United States Bankruptcy Judge

Signed September 28, 2009

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| 1300 CAMPBELL, L.P., | § | Case No. 09-36300-SGJ-11 |
| | § | Hearing Set: |
| Debtor. | § | September 29, 2009 at 2:30 p.m. |

**ORDER GRANTING EXPEDITED HEARING ON MOTION FOR (1) PRELIMINARY AND CONTINUING AUTHORITY TO USE CASH COLLATERAL, (2) AUTHORITY TO MAKE ADEQUATE PROTECTION PAYMENTS, (3) SUSPEND HOLDOVER RENT PROVISIONS UNDER COMMERCIAL LEASE AGREEMENT, AND (4) FOR RELATED RELIEF**

CAME ON for consideration the Motion for Expedited Hearing on Motion for (1) Preliminary and Continuing Authority to Use Cash Collateral, (2) Authority to Make Adequate Protection Payments, (3) Suspend Holdover Rent Provisions Under Commercial Lease Agreement, and (4) for Related Relief, and the Court finding that such Motion should be granted, it is therefore

**ORDERED, ADJUDGED AND DECREED** that the Motion for (1) Preliminary and Continuing Authority to Use Cash Collateral, (2) Authority to Make Adequate Protection Payments, (3) Suspend Holdover Rent Provisions Under Commercial Lease Agreement, and (4) for Related

Relief be and the same is hereby scheduled for hearing on **September 29, 2009 at 2:30 o'clock p.m.** at which time the Court will consider the Motion.

### End of Order ###

_____

**In re 1300 Campbell, L.P., Debtor**
**Order on Motion for Expedited Hearing on Motion for (1) Preliminary and Continuing Authority to Use Cash Collateral, (2) Authority to Make Adequate Protection Payments, (3) Suspend Holdover Rent Provisions Under Commercial Lease Agreement, and (4) for Related Relief - Page 2**