


U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

_____
United States Bankruptcy Judge

**Signed September 30, 2009**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| 1300 CAMPBELL, L.P., | § | Case No. 09-36300-SGJ-11 |
| | § | Hearing Held: |
| Debtor. | § | September 29, 2009 at 2:30 p.m. |

**STIPULATION BY AND BETWEEN GE COMMERCIAL FINANCE BUSINESS PROPERTY CORPORATION f/k/a GENERAL ELECTRIC CAPITAL BUSINESS ASSET FUNDING CORPORATION (GEBP) WITH RESPECT TO EMERGENCY HEARING ON MOTION FOR (1) PRELIMINARY AND CONTINUING AUTHORITY TO USE CASH COLLATERAL, (2) AUTHORITY TO MAKE ADEQUATE PROTECTION PAYMENTS, (3) SUSPEND HOLDOVER RENT PROVISIONS UNDER COMMERCIAL LEASE AGREEMENT, AND (4) FOR RELATED RELIEF AND AGREED ORDER**

Debtor, 1300 Campbell, L.P., (the "Debtor") and GE Commercial Finance Business Property Corporation f/k/a General Electric Capital Business Asset Funding Corporation ("GEBP"), a secured creditor herein, in an effort to resolve the emergency, stipulate and agree as follows with respect to the Debtor's Emergency Motion for (1) Preliminary and Continuing Authority to Use Cash Collateral, (2) Authority to Make Adequate Protection Payments, (3) Suspend Holdover Rent Provisions Under Commercial Lease Agreement and (4) for Related Relief (the "Motion")

1. Debtor is authorized to collect and Tenant is authorized to pay to Debtor the October 1, 2009 rent from the Tenant occupying the Debtor's premises at 1300 East Campbell Road, Richardson, TX (the "Premises"). Debtor shall deposit the rent received from the Tenant into its Debtor in Possession account at Comerica Bank (the "DIP Account"). The Debtor shall have no right to use the funds on deposit in its DIP Account nor the funds on deposit in counsel for Debtor's trust account pending further order of the Court. GEBP reserves all rights in the rents and nothing herein shall be construed as GEBP's waiver of its right to receive the rents.

2. GEBP agrees that Debtor and Tenant may go forward with negotiations and documentation of a renewal, modification, or extension of the current lease with the Tenant (the "Lease Extension"), but GEBP reserves all rights with respect to such Lease Extension and such Lease Extension shall only become effective upon approval of the Court. Except as otherwise provided herein, GEBP and Debtor agree that any Lease Extension is subject to the terms of the Nondisturbance, Attornment and Subordination Agreement between Tenant and GEBP, the terms of the loan documents between 1300 Campbell, L.P. and GEBP, as well as further order of the Court.

3. The Debtor and GEBP further stipulate and agree that all other relief requested in the Motion shall be reserved for the final hearing thereon.

BASED ON THE FOREGOING, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

A. The Debtor shall serve a copy of this Order pursuant to Rule 4001 of the Federal

___

**In re 1300 Campbell, L.P., Debtor**
**Stipulation By and Between GE Commercial Finance Business Property Corporation f/k/a General Electric Capital Business Asset Funding Corporation with Respect to Emergency Motion for (1) Preliminary and Continuing Authority to Use Cash Collateral, (2) Authority to Make Adequate Protection Payments, (3) Suspend Holdover Rent Provisions Under Commercial Lease Agreement and (4) for Related Relief - Page 2**

Rules of Bankruptcy Procedure within one business day on (i) any entity which has an interest in the Cash Collateral, (ii) the United States Trustee; (iii) creditors who hold the twenty largest unsecured claims in this case and (iv) all parties having filed notice of appearance and request for services of papers.

B. A final hearing on the Motion shall be held on **October 13, 2009 at 1:30 p.m.** CST in the Bankruptcy Court of the Honorable Stacey G. C. Jernigan [Room 1428 - Courtroom #1 - 14th Floor] United States Courthouse, 1100 Commerce Street, Dallas, Texas 75242.

C. Any objection to the Motion shall be filed on or before October 9, 2009.

### End of Order ###

**AGREED:**


**GOODRICH POSTNIKOFF & ALBERTSON, LLP**
777 Main Street, Suite 1360
Fort Worth, Texas 76102
Tel. 817.347.5261
Fax.817.335.9411
email: jpostnikoff@gpalaw.com


By: /s/ Joseph F. Postnikoff
    Joseph F. Postnikoff
    Texas State Bar No. 16168320

**PROPOSED ATTORNEYS FOR 1300 CAMPBELL, L.P.
DEBTOR IN POSSESSION**

_____

**MORGAN & LUTTRELL, L.L.P.**
711 Navarro, Suite 210
San Antonio, Texas 78205
Tel. 210-224-5399
Fax 210-224-5091
Email: morgan@morgan-luttrell.com


By: /s/ F. Beth Morgan
    F. Beth Morgan
    Texas State Bar No. 14438300

**ATTORNEYS FOR GE COMMERCIAL FINANCE BUSINESS PROPERTY CORPORATION**

---