U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

_____
**Signed October 13, 2009**                                    **United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| 1300 CAMPBELL, L.P., | § | CASE NO. 09-36300-SGJ-11 |
| | § | |
| D E B T O R. | § | |
| | § | |

### ORDER CONTINUING HEARING

The court has received communication that counsel for GE Commercial Finance Business Property Corporation has had a family emergency that prevents her from attending the hearing on the Debtor's Motion for Authority to Use Cash Collateral set for October 13, 2009, at 1:30 p.m. The court finds cause to continue the hearing.

Accordingly,

**IT IS ORDERED** that the hearing on the Debtor's Motion for

Authority to Use Cash Collateral [DE #11] set for October 13, 2009, is hereby **CONTINUED**. Counsel shall contact the courtroom deputy, Ms. Traci Davis, at sgj_settings@txnb.uscourts.gov to reschedule the hearing.

###END OF ORDER###