U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed October 13, 2009                                  United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| 1300 CAMPBELL, L.P., § | CASE NO. 09-36300-SGJ-11 |
| § | |
| D E B T O R. § | |
| § | |

### ORDER CONTINUING HEARING

The court has received communication that counsel for GE Commercial Finance Business Property Corporation has had a family emergency that prevents her from attending the hearing on the Debtor's Motion for Authority to Use Cash Collateral set for October 13, 2009, at 1:30 p.m.  The court finds cause to continue the hearing.

Accordingly,

**IT IS ORDERED** that the hearing on the Debtor's Motion for

Authority to Use Cash Collateral [DE #11] set for October 13, 2009, is hereby **CONTINUED**. Counsel shall contact the courtroom deputy, Ms. Traci Davis, at <u>sgj_settings@txnb.uscourts.gov</u> to reschedule the hearing.

###END OF ORDER###

# CERTIFICATE OF NOTICE

```
District/off: 0539-3          User: jwomack              Page 1 of 1           Date Rcvd: Oct 13, 2009
Case: 09-36300                Form ID: pdf012            Total Noticed: 1

The following entities were noticed by first class mail on Oct 15, 2009.
db            +1300 Campbell, L.P.,   1301 W. 25th Street , Suite 510,   Austin, TX 78705-4236

The following entities were noticed by electronic transmission.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 15, 2009**                        **Signature:** _Joseph Speetjens_