Joseph F. Postnikoff
State Bar No. 16168320
GOODRICH POSTNIKOFF &
ALBERTSON, LLP
777 Main Street, Suite 1360
Fort Worth, Texas 76102
Telephone: 817.347.5261
Telecopy: 817.335.9411

PROPOSED COUNSEL FOR DEBTOR IN POSSESSION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| 1300 CAMPBELL, L.P., | § | Case No. 09-36300-SGJ-11 |
| | § | |
| Debtor. | § | Hearing Set: October 28, 2009 @ 9:30 a.m. |

**NOTICE OF HEARING ON MOTION FOR (1) PRELIMINARY AND CONTINUING AUTHORITY TO USE CASH COLLATERAL, (2) AUTHORITY TO MAKE ADEQUATE PROTECTION PAYMENTS, (3) SUSPEND HOLDOVER RENT PROVISIONS UNDER COMMERCIAL LEASE AGREEMENT, AND (4) FOR RELATED RELIEF**

PLEASE TAKE NOTICE THAT the Motion for (1) Preliminary and Continuing Authority to Use Cash Collateral, (2) Authority to Make Adequate Protection Payments, (3) Suspend Holdover Rent Provisions Under Commercial Lease Agreement, and (4) for Related Relief filed September 24, 2009, has been set for hearing on **October 28, 2009 at 9:30 a.m. CST in the Bankruptcy Court of the Honorable Stacey G. C. Jernigan [Room 1428 - Courtroom #1 - 14th Floor] United States Courthouse, 1100 Commerce Street, Dallas, Texas 75242.**

Dated this 26th day of October, 2009.

                                                    Respectfully submitted,

                                                    GOODRICH POSTNIKOFF &
                                                    ALBERTSON, LLP
                                                    777 Main Street, Suite 1360
                                                    Fort Worth, Texas 76102
                                                    Telephone – 817.347.5261
                                                    Telecopy – 817.335.9411

                                                    By: /s/ Joseph F. Postnikoff
                                                         Joseph F. Postnikoff
                                                         State Bar No. 16168320

                                                    PROPOSED COUNSEL FOR THE
                                                    DEBTOR IN POSSESSION