Raymond J. Urbanik
Texas Bar No. 20414050
MUNSCH HARDT KOPF & HARR, P.C.
500 North Akard Street, Suite 3800
Dallas, Texas 75201
Email: rurbanik@munsch.com
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

and

Mark Minuti
SAUL EWING LLP
222 Delaware Avenue
Wilmington, DE 19801
Email: mminuti@saul.com
Telephone: (302) 421-6840
Facsimile: (302) 421-5873

COUNSEL FOR CVS CAREMARK
CORPORATION AND ITS AFFILIATES

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 09-36300-sgj-11 |
| 1300 CAMPBELL, L.P., | § | CHAPTER 11 |
| | § | |
| DEBTOR. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICES, PLEADINGS AND ORDERS

PLEASE TAKE NOTICE that the undersigned and the law firms of Munsch Hardt Kopf & Harr, P.C. and Saul Ewing, LLP appear as counsel for CVS Caremark and its Affiliates, a creditor and party-in-interest in bankruptcy case of 1300 Campbell, L.P., (the "Debtor"), and, pursuant to §1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010, Federal Rules of Bankruptcy Procedure, request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon the following:

Raymond J. Urbanik
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800
Dallas, TX 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: rurbanik@munsch.com

and

Mark Minuti
Saul Ewing LLP
222 Delaware Avenue
Wilmington, DE 19801
Telephone: (302) 421-6840
Fax: (302) 421-5873
Email: mminuti@saul.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone or otherwise.

PLEASE TAKE FURTHER NOTICE that the undersigned additionally requests that the Debtors and their counsel, all court-appointed committees and their counsel, the United States Trustee, the Clerk of the Court, and all parties filing a notice of appearance herein place the foregoing parties' names and addresses on any mailing matrix or list of creditors to be prepared or existing in the above-referenced bankruptcy cases.

DATED: November 18, 2009.

Respectfully submitted,

MUNSCH HARDT KOPF & HARR, PC

By: /s/ Raymond J. Urbanik
    Raymond J. Urbanik
    State Bar No. 20414050
    3800 Lincoln Plaza
    500 N. Akard Street
    Dallas, Texas 75201-6659
    Telephone: (214) 855-7500
    Facsimile: (214) 855-7584

COUNSEL FOR CVS CAREMARK
CORPORATION AND ITS AFFILIATES

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing document was sent to all parties receiving electronic notice through the Court's ECF noticing system and upon the following parties via U.S. first class mail, postage prepaid, on November 18, 2009.

Joseph F. Postnikoff
Goodrich Postnikoff & Albertson, LLP
777 Main Street, Suite 1360
Ft. Worth, TX  76102

Office of the U.S. Trustee
1100 Commerce Street, Room 976
Dallas, TX  75242

Elizabeth Banda
Perdue, Brandon, Fielder, Collins
& Mott, LLP
P.O. Box 13430
Arlington, TX  76094

Laurie Spindler Huffman
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street, Suite 1600
Dallas, TX  75201

F. Beth Morgan
Morgan & Luttrell, LLP
711 Navarro Street, Suite 210
San Antonio, TX  78205

*/s/ Raymond J. Urbanik*
Raymond J. Urbanik