Raymond J. Urbanik
Texas State Bar No. 20414050
Vanessa E. Gonzalez
Texas State Bar No. 24065307
MUNSCH HARDT KOPF & HARR, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas 75201-6659
Telephone:  (214) 855-7500
Facsimile:  (214) 855-7584

       and

Mark Minuti (DE No. 2659)
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
Telephone:  (302) 421-6840
Facsimile:  (302) 421-5873

**ATTORNEYS FOR CAREMARKPCS, LLC**

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| 1300 CAMPBELL, L.P., | Case No. 09-36300-sgj |
| Debtor. | |

### RESPONSE OF CAREMARKPCS, LLC TO MOTION OF GE COMMERCIAL FINANCE BUSINESS PROPERTY CORPORATION FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C. §362(d)(1) AND (2)

CaremarkPCS, LLC ("Tenant"), by and through its undersigned counsel, hereby files this response to the motion (the "Motion") of GE Commercial Finance Business Property Corporation ("GE Commercial") for relief from the automatic stay pursuant to 11 U.S.C. §362(d)(1) and (2), as follows:

1.      The debtor, 1300 Campbell, L.P. (the "Debtor"), as landlord, and Tenant, as tenant, are parties to a Commercial Lease Agreement (the "Lease") dated July 14, 1998, relating to property located at 1300 East Campbell Road in Richardson, Texas (the "Property").

2.     The Tenant continues to occupy the Property and is current on its obligations under the Lease, having paid rent for October and November 2009 to GE Commercial.  The Tenant will continue to pay rent going forward to GE Commercial until directed otherwise by the Debtor or the Court.

3.     Tenant is financially sound and desires to remain a tenant at the Property.

4.     The Debtor and Tenant have negotiated, and are in the process of finalizing the documentation of, a First Amendment to Commercial Lease Agreement (the "Amendment"), which, under certain circumstances, will have the effect of extending the Lease through April 30, 2015, at a market rental rate.

5.     It is Tenant's understanding that the Debtor will soon move for the entry of an order authorizing the Debtor to enter into the Amendment.

6.     It is Tenant's belief that, once approved, the Amendment will result in rental income to the Debtor sufficient to maintain the Property and service the amount of any secured debt on the Property.

7.     Upon information and belief, and for the reasons set forth in the Debtor's reply to the Motion, Tenant believes that GE Commercial's interest in the Property, if any, is adequately protected.

WHEREFORE, premises considered, the Tenant respectfully requests that this Court: (i) deny the Motion; and (ii) grant Tenant such further relief as is just and proper.

Dated:  November 19, 2009

**MUNSCH HARDT KOPF & HARR, P.C.**


By: _ /s/ Raymond J. Urbanik_
Raymond J. Urbanik
Texas State Bar No. 20414050
Vanessa E. Gonzalez
Texas State Bar No. 24065307
3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas 75201-6659
Telephone:  (214) 855-7500
Facsimile:  (214) 855-7584

and

**SAUL EWING LLP**
Mark Minuti (DE No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
Telephone:  (302) 421-6840
Facsimile:  (302) 421-5873

ATTORNEYS FOR CAREMARKPCS, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of November, 2009, he caused a true and correct copy of the foregoing pleading to be served electronically on all parties requesting service via the Court's ECF system, and by U.S. first class mail, postage prepaid, to the parties listed below.

1300 Campbell, L.P.
1300 East Campbell Road
Fort Worth, Texas 75081

United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242-1496

Joseph F. Postnikoff
Goodrich Postnikoff & Albertson, LLP
777 Main Street, Suite 1360
Fort Worth, Texas 76102

Elizabeth Banda
Perdue, Brandon, Fielder, Collins & Mott, LLP
P.O. Box 13430
Arlington, Texas 76094

F. Beth Morgan
Morgan & Luttrell, L.L.P.
711 Navarro, Suite 210
San Antonio, Texas 78205

   /s/ Raymond J. Urbanik
Raymond J. Urbanik