Joseph F. Postnikoff
State Bar No. 16168320
Jason T. Jones
State Bar No. 24065515
GOODRICH POSTNIKOFF &
ALBERTSON, LLP
777 Main Street, Suite 1360
Fort Worth, Texas 76102
Telephone: 817.347.5261
Telecopy: 817.335.9411

COUNSEL FOR THE DEBTOR IN POSSESSION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| 1300 CAMPBELL, L.P., | § | Case No. 09-36300-SGJ-11 |
| | § | |
| Debtor. | § | Hearing Set: December 3, 2009 at 1:30 p.m. |

**MOTION FOR CONTINUANCE OF HEARING ON MOTION OF GE COMMERCIAL FINANCE BUSINESS PROPERTY CORPORATION FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C. § 362(d)(1) and (2)**

TO THE HONORABLE STACEY G. C. JERNIGAN, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, 1300 Campbell, L.P., ("Campbell" or "Debtor") and files this Motion for Continuance of Hearing on GE Commercial Finance Business Property Corporation for Relief from Stay Pursuant to 11 U.S.C. §362(d)(1) and (2) (the "Motion") and in support thereof would respectfully show the Court as follows:

1. Campbell filed a Voluntary Petition for relief under chapter 11 of the United States Bankruptcy Code on September 25, 2009. Campbell has continued to operate as a debtor-in-possession pursuant to 11 U.S.C. §§ 1107 and 1108.

2. On October 28, 2009, the Court set a Status Conference to be held in connection with

this proceeding on November 30, 2009 at 10:30 a.m.

3. On November 4, 2009, GE Commercial Finance Business Property Corporation fka General Electric Capital Business Asset Funding Corporation ("GE Commercial ") filed its Motion for Relief from Stay (the "GE Commercial Motion"). The GE Commercial Motion is set for preliminary hearing on December 3, 2009.

4. This day, Debtor is filing a series of motions seeking (x) approval of a lease amendment and waiver of holdover provisions; (y) approval of debtor in possession financing; and (z) use of cash collateral and authorization to commence adequate protection payments. Although expedited consideration is sought with respect to the Debtor's motions, a November 30, 2009 hearing on those motions only allows for 10 days advance notice, a substantial portion of which is weekends and the Thanksgiving holiday.

5. From communications with the Court's Courtroom Deputy, Debtor counsel understands hearing the Debtor's motions on December 3, 2009 is unlikely due to the Court's crowded calendar. On the other hand, there may be time on December 7, 2009 for the status conference, GE Commercial Motion and the Debtor's motions to be heard together.

6. It is appropriate that the Status Conference, GE Commercial Motion and Debtor's motions be heard together as all are inextricably connected. Moreover, this will maximize use of the Court's limited time by consolidating the series of hearings to a single date. Finally, the principal of the Debtor, Mr. Steffen Waltz is scheduled to be in Germany for the celebration of his Mother's birthday through December 2, 2009. The testimony of Mr. Waltz is critical to the case of the Debtor.

7. Debtor seeks a continuance of the hearing on GE Commercial's Motion as it would be appropriate for the hearing on GE Commercial's Motion to be held at the same time as the Status Conference and the Debtor's motions.

8. Accordingly, Debtor seeks a continuance of the hearing on GE Commercial's Motion set for December 3, 2009 at 1:30 p.m. to December 7, 2009 at 1:30 p.m.

9. This continuance is not sought for purposes of hindering or delaying this proceeding, but that justice may be done.

**WHEREFORE, PREMISES CONSIDERED,** 1300 Campbell, L.P., Debtor herein, respectfully prays for an order of this Court continuing the hearing set for December 3, 2009 at 1:30 p.m. to December 7, 2009 at 1:30 p.m., or such other time the Court deems acceptable, and for such other relief, at law or in equity, as it may be shown justly entitled.

Dated this the 20th day of November, 2009.

Respectfully submitted,

GOODRICH POSTNIKOFF &
ALBERTSON, LLP
777 Main Street, Suite 1360
Fort Worth, Texas 76102
Telephone: 817.347.5261
Telecopy: 817.335.9411


By: /s/ Joseph F. Postnikoff
    Joseph F. Postnikoff
    State Bar No. 16168320
    Jason T. Jones
    State Bar No. 24065515

COUNSEL FOR DEBTORS IN POSSESSION

**CERTIFICATE OF CONFERENCE**

I hereby certify that I have conferred with F. Beth Morgan, counsel for GE Commercial Finance Business Property Corporation fka General Electric Capital Business Asset Funding, and am advised the Motion is opposed.

    /s/ Joseph F. Postnikoff
    Joseph F. Postnikoff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 20th day of November, 2009, a copy of the foregoing Motion was served by first-class U.S. Mail, postage prepaid on the persons named on the attached service list.

                                              /s/ Joseph F. Postnikoff
                                                 Joseph F. Postnikoff

United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242

United States Attorney
1100 Commerce Street
3rd Floor
Dallas, Texas 75242

CVS/Caremark f/k/a Advance
Paradigm, Inc.
Paul Stivender
2700 Milan Court
Birmingham, Alabama 35211

Ampro Equities, Inc.
1301 West 25th Street, Suite 510
Austin, Texas 78705

Elizabeth Banda
Perdue, Brandon, Fielder, Collins
Post Office Box 13430
Arlington, Texas 76094-0430
(Counsel for Richardson ISD)

City of Richardson
Post Office Box 830309
Richardson, Texas 75083-0309

Dallas Community College
1601 South Lamar Street
Dallas, Texas 75215-1816

Dalpro Equities, Inc.
1301 West 25th Street, Suite 510
Austin, Texas 78705

David Childs, Dallas County Tax
Assessor
2949 N. Stemmons Freeway
Dallas, Texas 75247-6195

Davis-Dyer-Max, Inc.
Post Office Box 495429
Garland, Texas 75049-5429

Dominion Realty Advisors, Inc.
750 N. St. Paul, Suite 610
Dallas, Texas 75201

Dominion Realty Advisors, Inc.
1301 W. 25th Street, Suite 510
Austin, Texas 78705

Gatex Properties, Inc.
1245 W. Rue Sherbrooke, Suite 1840
Montreal, Quebec
CANADA
H3G 1G2

GE Commercial Finance
10900 NE 4th Street, Suite 500
Bellevue, Washington 98004

Internal Revenue Service
Special Procedures Staff
Mail Code 5020-DAL
1100 Commerce Street, room 9B8
Dallas, Texas 75242

Internal Revenue Service
Austin, Texas 73301-0002

Jones Lang LaSalle - Southwest, Inc.
15601 Dallas Parkway, Suite 400
Addison, Texas 75001

Llewellyn Lampley, CPA
11824 Jollyville Road
Building 3, Suite 301
Austin, Texas 78759

Mark Minuti
Saul Ewing LLP
222 Delaware Avenue
Wilmington, Delaware 19801
(Counsel for CVS Caremark)

F. Beth Morgan
Morgan & Luttrell, L.L.P.
Travis Park Plaza
711 Navarro, Suite 210
San Antonio, Texas 78205

Parkland Hospital
5201 Harry Hines Boulevard
Dallas, Texas 75235

Property Tax Advocates, Inc.
1333 Corporate Drive, Suite 245
Irving, Texas 75038-2509

Richardson Independent School
District
400 S. Greenville Avenue
Richardson, Texas 75081

S.E. Waltz, Inc.
Attn: Steffen Waltz
1301 West 25th Street, Suite 510
Austin, Texas 78705

Laurie Spindler
Linebarger Goggan Blair & Sampson
2323 Bryan Street, Suite 1600
Dallas, Texas 75201
(Counsel for Richardson ISD/Dallas County)

Texas State Comptroller
Rev & Acctg. Div – Bankr Section
Post Office Box 78711
Austin, Texas 78711

The Grayson Company
Park Cities Plaza
3026 Mockingbird Lane, Suite 144
Dallas, Texas 75205

Raymond J. Urbanik
Munsch Hardt Kopf & Harr, P.C.
500 North Akard Street, Suite 3800
Dallas, Texas 75201
(Counsel for CVS Caremark)

Universal Shelter Corporation
5330 MacArthur Boulevard
Suite 148-110
Irving, Texas 75038