U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed November 24, 2009

United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| 1300 CAMPBELL, L.P., | § | Case No. 09-36300-SGJ-11 |
| | § | |
| Debtor. | § | |

**ORDER GRANTING EXPEDITED HEARING ON SECOND MOTION
FOR AUTHORITY TO USE CASH COLLATERAL**

CAME ON for consideration the Motion for Expedited Hearing on Second Motion for Authority to Use Cash Collateral, and the Court finding that such Motion should be granted, it is therefore

**ORDERED, ADJUDGED AND DECREED** that the Second Motion for Authority to Use Cash Collateral be and the same is hereby scheduled for hearing on **December 4, 2009 at 9:30 a.m.**. at which time the Court will consider the Motion.

### End of Order ###