

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

**ENTERED**

**TAWANA C. MARSHALL, CLERK**
**THE DATE OF ENTRY IS**
**ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

_____
**United States Bankruptcy Judge**

**Signed November 24, 2009**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| 1300 CAMPBELL, L.P., | § | Case No. 09-36300-SGJ-11 |
| | § | |
| Debtor. | § | |

### ORDER GRANTING EXPEDITED HEARING ON MOTION FOR APPROVAL OF DEBTOR IN POSSESSION FINANCING PURSUANT TO 11 U.S.C. § 364(d)

CAME ON for consideration the Motion for Expedited Hearing on Motion for Approval of Debtor in Possession Financing Pursuant to 11 U.S.C. § 364(d), and the Court finding that such Motion should be granted, it is therefore

**ORDERED, ADJUDGED AND DECREED** that the Motion for Approval of Debtor in Possession Financing Pursuant to 11 U.S.C. § 364(d) be and the same is hereby scheduled for hearing on **December 4, 2009 at 9:30 a.m.** at which time the Court will consider the Motion.

### End of Order ###