U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET




**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 24, 2009** **United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| 1300 CAMPBELL, L.P., | § | Case No. 09-36300-SGJ-11 |
| | § | |
| Debtor. | § | |

**ORDER GRANTING EXPEDITED HEARING ON MOTION FOR AUTHORITY TO ENTER INTO FIRST AMENDMENT TO COMMERCIAL LEASE AGREEMENT PURSUANT TO 11 U.S.C. § 363**

CAME ON for consideration the Motion for Authority to Enter into First Amendment to Commercial Lease Agreement Pursuant to 11 U.S.C. § 363, and the Court finding that such Motion should be granted, it is therefore

**ORDERED, ADJUDGED AND DECREED** that the Motion for Authority to Enter into First Amendment to Commercial Lease Agreement Pursuant to 11 U.S.C. § 363 be and the same is hereby scheduled for hearing on **December 4, 2009 at 9:30 a.m.** at which time the Court will consider the Motion.

### End of Order ###