

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

*[signature]*

**Signed November 24, 2009**                    **United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| 1300 CAMPBELL, L.P., | § | Case No. 09-36300-SGJ-11 |
| | § | |
| Debtor. | § | |

**ORDER GRANTING MOTION FOR CONTINUANCE
OF STATUS CONFERENCE SETTING**

The Court has considered the Motion for Continuance of Status Conference Setting (the "Motion")

filed by 1300 Campbell, L.P. seeking continuance of the status conference set for November 30, 2009 at

10:30 a.m. (the "Motion"). The Court finds jurisdiction over the subject matter and the parties, that notice

of the Motion has been adequate under the circumstances and that, for sufficient cause shown, the relief

requested should issue. It is therefore

**ORDERED, ADJUDGED AND DECREED** that the status conference set for November 30, 2009

at 10:30 a.m. be and the same is hereby continued on **December 4, 2009 at 9:30 a.m.** in the Bankruptcy

Court of the Honorable Stacey G. C. Jernigan, 1100 Commerce Street, Room 1428 - Courtroom #1 on the

14th floor, Dallas, Texas 75242

### End of Order ###