

**The following constitutes the ruling of the court and has the force and effect therein described.**

*[Signature]*

Signed November 24, 2009

United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| 1300 CAMPBELL, L.P., | § | Case No. 09-36300-SGJ-11 |
| | § | |
| Debtor. | § | |

**ORDER GRANTING MOTION FOR CONTINUANCE OF HEARING ON MOTION OF GE COMMERCIAL FINANCE BUSINESS PROPERTY CORPORATION FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C. § 362(D)(1) AND (2)**

The Court has considered the Motion for Continuance of Hearing on Motion of GE Commercial Finance Business Property Corporation for Relief from Stay Pursuant to 11 U.S.C. § 362(d)(1) and (2) filed by 1300 Campbell, L.P. seeking continuance of the hearing set for December 3, 2009 at 1:30 p.m. (the "Motion"). The Court finds jurisdiction over the subject matter and the parties, that notice of the Motion has been adequate under the circumstances and that, for sufficient cause shown, the relief requested should issue. It is therefore

**ORDERED, ADJUDGED AND DECREED** that the hearing on Motion of GE Commercial Finance Business Property Corporation for Relief from Stay Pursuant to 11 U.S.C. § 362(d)(1) and (2) be and the same is hereby continued on **December 4, 2009 at 9:30 a..m.** in the Bankruptcy Court of the Honorable Stacey G. C. Jernigan, 1100 Commerce Street, Room 1428 - Courtroom #1 on the 14th floor, Dallas, Texas 75242

### End of Order ###