Joseph F. Postnikoff
State Bar No. 16168320
Jason T. Jones
State Bar No. 24065515
GOODRICH POSTNIKOFF & ALBERTSON, LLP
777 Main Street, Suite 1360
Fort Worth, Texas 76102
Telephone: 817.347.5261
Telecopy: 817.335.9411

COUNSEL FOR DEBTOR IN POSSESSION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| 1300 CAMPBELL, L.P., | § | Case No. 09-36300-SGJ-11 |
| | § | |
| Debtor. | § | Hearings Set: December 4, 2009 @ 9:30 a.m. |

**NOTICE OF HEARINGS ON (1) MOTION FOR AUTHORITY TO ENTER INTO
FIRST AMENDMENT TO COMMERCIAL LEASE AGREEMENT PURSUANT TO
11 U.S.C. § 363, (2) MOTION FOR APPROVAL OF DEBTOR IN POSSESSION
FINANCING PURSUANT TO 11 U.S.C. § 364(d) and (3) SECOND MOTION FOR
AUTHORITY TO USE CASH COLLATERAL**

PLEASE TAKE NOTICE THAT the Motion for Authority to Enter into First Amendment to Commercial Lease Agreement Pursuant to 11 U.S.C. § 363, the Motion for Approval of Debtor in Possession Financing Pursuant to 11 U.S.C. § 364(d) and the Second Motion for Authority to Use Cash Collateral filed November 20, 2009, have been set for hearings on **December 4, 2009 at 9:30 a.m. CST in the Bankruptcy Court of the Honorable Stacey G. C. Jernigan [Room 1428 - Courtroom #1 - 14th Floor] United States Courthouse, 1100 Commerce Street, Dallas, Texas 75242.**

Dated this 25th day of November, 2009.

                                                  Respectfully submitted,

                                                  GOODRICH POSTNIKOFF & ALBERTSON, LLP
                                                  777 Main Street, Suite 1360
                                                  Fort Worth, Texas 76102
                                                  Telephone – 817.347.5261
                                                  Telecopy – 817.335.9411

                                                  By: /s/ Joseph F. Postnikoff_____
                                                       Joseph F. Postnikoff
                                                      State Bar No. 16168320
                                                      Jason T. Jones
                                                      State Bar No. 24065515

                                                 COUNSEL FOR THE DEBTOR IN POSSESSION