F. Beth Morgan
Morgan & Luttrell, LLP
711 Navarro Street, Suite 210
San Antonio, TX 78205
(210) 224-5399
(210) 224-5091 (fax)
morgan@morgan-luttrell.com

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| | § | CASE NO. 09-36300-sgj |
| | § | |
| 1300 CAMPBELL, L.P., | § | CHAPTER 11 |
| | § | |
| DEBTOR | § | Hearing Date: December 4, 2009 |
| | § | 9:30 A.M. |

NOTICE OF HEARING ON MOTION OF GE COMMERCIAL FINANCE BUSINESS
PROPERTY CORPORATION FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C.
§362(d)(1) and (2)

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that the hearing to consider the Motion of GE Commercial Finance
Business Property Corporation for Relief from Stay Pursuant to 11 U.S.C. §362(d)(1) and (2) will
be held on **December 4, 2009 at 9:30 a.m.**, before The Honorable Stacey G. C. Jernigan, United
States Bankruptcy Judge for the Northern District of Texas, Dallas Division.

Respectfully Submitted,

**Morgan & Luttrell, L.L.P.**
Travis Park Plaza
711 Navarro, Suite 210
San Antonio, TX 78205
Tel.  210.224.5399
Fax  210.224.5091

By: *F. Beth Morgan*
       F. Beth Morgan
       State Bar No. 14438300

Attorneys for GE COMMERCIAL FINANCE
BUSINESS PROPERTY CORPORATION

## <u>CERTIFICATE OF SERVICE</u>

I, F. Beth Morgan, do hereby certify that on the 25th day of November, 2009, I mailed a copy of the foregoing instrument, in compliance with Bankruptcy Local Rule 4001, by depositing same in the United States First Class Mail, postage prepaid to the following:

***Debtors***

1300 Campbell, L.P.
1300 East Campbell Road
Fort Worth, Texas 75081

***Debtor's Counsel***

Joseph F. Postnikoff
Goodrich Postkikoff & Albertson, LLP
777 Main Street, Suite 1360
Fort Worth, Texas 76102

***US Trustee's Office***

UST U.S. Trustee
1100 Commerce Street
Room 976
Dallas, Texas 75242-1496

***Notices of Appearance***

Elizabeth Banda
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, Texas 76094

Laurie Spindler Huffman
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, Texas 75201


*F. Beth Morgan*
F. Beth Morgan