Joseph F. Postnikoff
State Bar No. 16168320
Jason T. Jones
State Bar No. 24065515
GOODRICH POSTNIKOFF &
ALBERTSON, LLP
777 Main Street, Suite 1360
Fort Worth, Texas 76102
Telephone: 817.347.5261
Telecopy: 817.335.9411

COUNSEL FOR THE DEBTOR IN POSSESSION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| 1300 CAMPBELL, L.P., | § | Case No. 09-36300-SGJ-11 |
| | § | |
| Debtor. | § | Hearings Set: December 4, 2009 at 9:30 a.m. |

**WITNESS AND EXHIBIT LIST FOR USE AT HEARINGS ON (1) MOTION FOR
AUTHORITY TO ENTER INTO FIRST AMENDMENT TO COMMERCIAL LEASE
AGREEMENT PURSUANT TO 11 U.S.C. § 363, (2) MOTION FOR APPROVAL OF
DEBTOR IN POSSESSION FINANCING PURSUANT TO 11 U.S.C. § 364(d), (3)
SECOND MOTION FOR AUTHORITY TO USE CASH COLLATERAL AND (4)
MOTION OF GE COMMERCIAL FINANCE BUSINESS PROPERTY CORPORATION
FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C. § 362 (d)(1) and (2)**

TO THE HONORABLE STACEY G. C. JERNIGAN, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, 1300 Campbell, L.P. ("Movant"), and files this Witness and Exhibit List for

use at the hearings on (1) Motion for Authority to Enter into First Amendment to Commercial Lease

Agreement Pursuant to 11 U.S.C. § 363, (2) Motion for Approval of Debtor in Possession Financing

Pursuant to 11 U.S.C. § 364(d), (3) Second Motion for Authority to Use Cash Collateral and (4)

Motion of GE Commercial Finance Business Property Corporation for Relief from Stay Pursuant

to 11 U.S.C. § 362 (d)(1) and (2) and would respectfully show unto the Court as follows:

## WITNESSES

Movant may call the following witnesses to testify at the hearings:

1.      Steffen E. Waltz

2.      Patrick Calvano

3.      Joe W. Milkes

4.      Sharon Friedburg

5.      Allyn Needham

All witnesses designated or called by any other party.

Movant reserves the right to call additional witnesses as may be deemed necessary and appropriate at the hearings.

## EXHIBITS

Movant may introduce or request judicial notice of the following exhibits at the hearings:

1.      Commercial Lease Agreement dated July 14, 1998

2.      Letter of Intent dated August 24, 2009

3.      First Amendment to Commercial Lease Agreement

4.      Gaty Family, Inc. Loan Commitment dated October 14, 2009

5.      Gaty Family, Inc. Loan Commitment dated November 23, 2009

6.      Bank of Montreal Letter

7.      Monthly Operating Report for October, 2009.

8.      Cash Flow Projections - December 2009 through May 2010

9.    Insurance Certificate

10.    Milkes Realty Valuation report dated September 28, 2009

11.    Commission Agreement between 1300 Campbell, L.P. and Universal Shelter
Corporation dated September 24, 2009

12.    Standard Commission Agreement between Dominion Realty Advisors, Inc.
As Agent for Jones Lang LaSalle - Brokerage, Inc. and 1300 Campbell, L.P.
dated September 24, 2009

13.    Master Commercial Management Agreement between 1300 Campbell, L.P.
and Dominion Realty Advisors, Inc. dated August 14, 1999

14.    Ad Valorem Property Tax Statements

15.    Sharon Friedburg Resume

16.    Allyn B. Needham, CEA Resume

All exhibits designated or offered by any other party.

All schedules, pleadings, proofs of claim and matters of record as reflected on the
case docket sheet and claims register in this proceeding.

Movant reserves the right to introduce additional exhibits as  may be necessary and

appropriate at the hearings.

Dated this the 1st day of December, 2009.

Respectfully submitted,

GOODRICH POSTNIKOFF &
ALBERTSON, LLP
777 Main Street, Suite 1360
Fort Worth, Texas 76102
Telephone – 817.347.5261
Telecopy – 817.335.9411

By: /s/ Joseph F. Postnikoff
      Joseph F. Postnikoff
      State Bar No. 16168320
      Jason T. Jones
      State Bar No. 24065515

COUNSEL FOR DEBTOR IN POSSESSION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of December, 2009, a copy of the foregoing Witness & Exhibit List was served via ECF on the parties registered with the Court to receive ECF and on the following in the manner indicated:

United States Trustee
Nancy S. Resnick
nancy.s.resnick@usdoj.gov

F. Beth Morgan
Morgan & Luttrell, L.L.P.
Morgan@morgan-luttrell.com

Mark Minuti
Saul Ewing LLP
mminuti@saul.com

Raymond J. Urbanik
Munsch Hardt Kopf & Harr, P.C.
Rurbanik@munsch.com

Elizabeth Banda
Perdue, Brandon, Fielder, Collins & Mott
ebanda@pbfcm.com

Laurie Spindler
Linebarger Goggan Blair & Sampson
laurie.spindler@publicans.com


/s/ Joseph F. Postnikoff
Joseph F. Postnikoff