F. Beth Morgan
Morgan & Luttrell, LLP
711 Navarro Street, Suite 210
San Antonio, TX 78205
(210) 224-5399
(210) 224-5091 (fax)
morgan@morgan-luttrell.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | CASE NO. 09-36300-sgj |
| | § | |
| 1300 CAMPBELL, L.P. | § | CHAPTER 11 |
| | § | |
| DEBTOR. | § | Hearing set - December 4, 2009 |
| | § | at 9:30 a.m. |

### WITNESS AND EXHIBIT LIST

**Comes Now,** GE Commercial Finance Business Property Corporation f/k/a General Electric Capital Business Asset Funding Corporation ("GEBP"), and files this its Witness and Exhibit List relating to GEBP's Motion for Relief from Stay, Debtor's Second Motion for Authority to Use Cash Collateral, Debtor's Motion for Authority to Enter into First Amendment to Commercial Lease Agreement, and Debtor's Motion for Approval of Debtor in Possession Financing Pursuant to 11 U.S.C. §364(d). The GEBP hereby identifies the following witnesses who may be called to testify at the hearing:

### Witnesses

1. Terrance P. Cosgrove

2. Julius Blatt

3. Sheila Adlof

4. Any witness designated or called by any other party.

5. Any witness deemed necessary or appropriate at the hearing.

GEBP may introduce the following Exhibits:

**Exhibits**

1. Promissory Note - 5.18.99

2. Commercial Deed of Trust, Security agreement, Assignment of Leases and Rents and Fixture Filing - 5.18.09

3. UCC 1 dated 6.1.09 - Filed under 99-106458

4. UCC Continuation 04-00609019 dated 3.17.04 to UCC 99-106458

5. Promissory Note - 7.21.04

6. Commercial Deed of Trust, Security Agreement, Assignment of Leases and Rents, and Fixture Filing - 7.21.04

7. Assignment of Rents and Leases dated 7.21.04

8. UCC 1 dated 7.27.04 - Filed under 04-0076192544

9. UCC Continuation 09-00063635 dated 3.5.09 to UCC 04-0076192544

10. UCC 1 dated 7.23.04 - Filed under 04-0075972357

11. Commercial Lease Agreement with Advanced Paradigm, Inc.

12. Tenant Estoppel Certificate dated 7.15.04

13. Nondisturbance, Attornment and Subordination Agreement

14. Letter from GE to Patrick Calvano regarding loan maturity date dated 3.17.09

15. Letter from Gatex Properties to GE regarding loan maturity dated 7.6.09

16. Letter from GE to Gatex Properties in response to Gatex' 7.6.09 letter dated 7.23.09

17. Demand letter to Debtor dated 9.1.09, overnight delivery receipts

18. Letter to Tenant to remit future rental payments to GEBP dated 9.1.09, overnight delivery receipts

19. Any documents filed in this case

20. Any exhibit designated by any other party

21. Any exhibit necessary for impeachment and/or rebuttal

Dated this 1st day of December, 2009.

                Respectfully Submitted,

                **MORGAN & LUTTRELL, L.L.P.**
                711 Navarro, Suite 210
                San Antonio, Texas 78205
                Tel.  210-224-5399
                Fax  210-224-5091
                morgan@morgan-luttrell.com

By: *F. Beth Morgan*
      F. Beth Morgan
      Texas State Bar No. 14438300
      Leslie M. Luttrell
      Texas State Bar No. 12708650

      Attorneys for GE Commercial Finance Business Property Corporation f/k/a General Electric Capital Business Asset Funding Corporation (GEBP)

## CERTIFICATE OF SERVICE

I, F. Beth Morgan, do hereby certify that on the 1st day of December, 2009, I transmitted a copy of the foregoing instrument, electronically and/or by depositing same in the United States First Class Mail, postage prepaid to the following:

*Debtors*

1300 Campbell, L.P.
1300 East Campbell Road
Richardson, Texas 75081

*Debtor's Counsel*

Joseph F. Postnikoff
Goodrich Postkikoff & Albertson, LLP
777 Main Street, Suite 1360
Fort Worth, Texas 76102

*US Trustee's Office*

U.S. Trustee
Attn: Nancy Resnick
1100 Commerce Street
Room 976
Dallas, Texas 75242-1496

*Notices of Appearance and parties in interest*

Elizabeth Banda
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, Texas 76094-0430

S.E. Waltz, Inc.
Att: Steffen Waltz
1301 West 25th Street, Suite 510
Austin, Texas 78705

Raymond J. Urbanik
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659

Laurie Spindler Huffman
Linebarger Goggan Blair & Sampson
2323 Bryan Street, Suite 1600
Dallas, Texas 75201

Mark Minuti
Saul Ewing, LLP
222 Delaware Avenue
Wilmington, Delaware 19801

*F. Beth Morgan*
F. Beth Morgan